**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jennifer Michelle Dodgens and John Andrew Self,
Defendants,

Of whom Jennifer Michelle Dodgens is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-000670

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

Unpublished Opinion No. 2017-UP-375
Submitted September 22, 2017 – Filed October 5, 2017

**AFFIRMED**

Melinda Inman Butler, of Butler Law Firm, LLC, of
Union, for Appellant.

Andrew Troy Potter, of Potter Law, LLC, of Anderson,
for Respondent.

Robert A. Clark, of Greenville Family Law, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Jennifer Michelle Dodgens appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Dodgens's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.